Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

Venue, Camden

| | |
|---|---|
| Ronald Bass, Sr. <br> Nosaj Ronald Bass, Jr. <br> Kamika Irby | ) <br> ) <br> ) <br> ) |
| _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) |
| **-v-** | ) |
| PURDUE PHARM L. P. <br> PURDUE PHARMA INC. <br> THE PURDUE FREDERICK; and XYZ CORPORATION 1-20, <br> et al. | ) <br> ) <br> ) <br> ) |
| _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.)* | ) <br> ) <br> ) <br> ) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

2019 NOV -1 A 10: 46

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronald Bass, Sr. |
| Street Address | 450 Little Place, Apt.53 |
| City and County | N. Plainfield, Somersey |
| State and Zip Code | New Jersey, 07060 |
| Telephone Number | (908) 374-9321 |
| E-mail Address | ronaldbass12345@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PURDUE PHARMA L.P. et al. represented by STEPHENC. MATTH |
| Job or Title *(if known)* | ATTORNEY OF RECORDS |
| Street Address | 51 JOHN F. KENNEDY PARK WAY |
| City and County | SHORT HILLS, COUNTY OF ESSEX |
| State and Zip Code | THE STATE OF NEW JERSEY,  07078 |
| Telephone Number | 973-520-2541 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | PARTNERS PHAMACY, LLC represented by COLE SCHOTZ |
| Job or Title *(if known)* | ATTORNEY OF RECORDS |
| Street Address | 25MAIN STREET,  P.O. BOX 800 |
| City and County | HACKENSACK, COUNTY OF BERGEN |
| State and Zip Code | THE STATE OF NEW JERSEY  07602-0800 |
| Telephone Number | 201-489-3000 |
| E-mail Address *(if known)* | myellin@coleschotz.com |

Defendant No. 3

| | |
|---|---|
| Name | TEVA PHARMACEUTICAL INDUSTRIES, LTD, represented by |
| Job or Title *(if known)* | HARVEY BARTLE, IV, et al., ATTORNEYS OF RECORDS |
| Street Address | 502 CARNEGIE CENTER |
| City and County | PRINCETON, COUNTY OF MERCER |
| State and Zip Code | THE STATE OF NEW JERSEY, 08540 |
| Telephone Number | 609-919-6685 |
| E-mail Address *(if known)* | Harvey.bartle@morganlewis.com |

Defendant No. 4

| | |
|---|---|
| Name | RHODES PHARMACEUTICAL L.P., et al., represented by |
| Job or Title *(if known)* | TANYA CHRISTINE, ROLO, et al., ATTORNEYS OF RECORDS |
| Street Address | 101 HUDSON STRETT, 21st  FLOOR |
| City and County | JERSEY CITY, COUNTY OF HUDSON |
| State and Zip Code | THE STATE OF NEW JERSEY, 07302 |
| Telephone Number | 201-449-5769 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. 1441; 42 U.S.C. Section 12101, Section12114(b), (N.J.S.A. 10:5-12 (LAD)); Fed. R. Civ. P., R. 23(a)(b); 6th Amendment Violation and the"Confrontation Clause", the "due process and equal rights" of the 5th and 14th Amendment; 42 CFR Part 2; 21 C.F.R. Sec.1306.03; 18 U.S.C. Sec. 1201; N.J.S.A. 2C:13-1(2)(3) and (4); Violation of New Jersey False Claim Act, N.J.S.A. 2A:32C-1 et. seq.; N.J.S.A. 24:21-7 Schedule III dangerous drug substance; 18 U.S.C. 1621 and   "I'm asserting Judge Thomas L. Ambro, finding from the Third Circuit Court of Appeals, if it's appropriate"

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)*  Ronald Bass, Sr.                    , is a citizen of the

   State of *(name)*  The State of New Jersey          .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)*                         , is incorporated

   under the laws of the State of *(name)*                              ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)*  Dr. Irfan Alladin              , is a citizen of

   the State of *(name)*  New Jersey              . Or is a citizen of

   *(foreign nation)*  _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant,  *(name)*  PUDUE PHARMA L.P., et al _____, is incorporated under

the laws of the State of *(name)*    STAMFORD, CONNECTICUT _____, and has its

principal place of business in the State of *(name)*   THE STATE OF NEW JERSEY _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$3,000,000,000.00, defendants shall be responsible for all interest, court costs, because it was their negligence, legal duties, responsibilities' to comply with the medical standard and child care services as required by law and the federal and state constitution; more specifically defendants are held accountable for the injuries I suffered, economic losses and family unification, health benefits and honest federal and state governmental services.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1. Defendants collectively are manufactures, distributors, sale representatives, laboratory technicians, doctors, pharmacist and chemists, not limited herein, I was medically prescribed opiate medications by several pain management doctors, hospital, pharmacies, I was never advised of the long range affect of the psychological and physical addiction of opiate use under the care of the defendants' I was eventually referred by Judge James C. Heimlich, et al., to Delaney Hall and Somerset Treatment Intensive Supervision, as well as I have been falsely accused and discriminated against for my past use of drugs contrary to the American with Disabilities Act and Social Security Act; by the Defendants: State of New Jersey, et al.,  see "National Opiate Multi- Litigations" Class Action Suite against Purdue Pharma, L.P.; et al. Master Docket No. MD 1:17-MD-2804, See, Cont.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Order from the courts of Cease and desist against the United States Department of Justice, Drug Enforcement Administration in the State of New Jersey, et al., as well as the Secretary of Homeland Security, to stop falsifying and creating Hoax Crimes for the political benefits to justify the denial of honest governmental services that effect the National Welfare of the Public and Health Benefits. Hold the Secretary of the U.S. Department of Justice civilly and criminally responsible for creating a Hoax Crime by alleging that they have information in Retention that consist of nothing; Subpoena former Attorney Michael Chertoff and Faith Hochberg to produce evidence of any terroristic crimes that I was participating in to cause a civil war, like in Philadelphia Pennsylvania, also subpoena Gilbert L. Farr, former Deputy Attorney General for the State of New Jersey for the discovery of any violent criminal offenses I committed against a person(s) under common law and was legally arrested

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

allegations to indemnify me for the harm I suffered as the result of crimes that were dismissed by the Newark, East Orang, Union, N. Plainfield, Dunellen, Green Brook, Scotch Plains and Watchung Municipal Courts of the State of New Jersey; I am demanding the relief that is fully explained in the complaint filed by KEEFE LAW FIRM, Attorney John S. Allen, Esq., and KANNER & WHITELEY, .L.L.C. LAW FIRM, Allison Kanner, Esq., et. al., under the Superior Court of New Jersey, Law Division, Docket No.:
UNN-L-004519-18; and punitive damages as deterrent against against New Jersey Department of Youth and Family Services, Child Protection and Permanency for the unlawful collection of a debt by conspiring with a collection agency using my son's for notification through the U.S. Postal Services, I am demanding relief against Attorney Linares for condoning these acts, see

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        *November 1, 2019*

Signature of Plaintiff    *Ronald Bass Sr.*
Printed Name of Plaintiff    Ronald Bass, Sr., Pro se

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

**Complaint for Civil Case Continue, The Defendant(s):**

Previously Pain Management Physicians of St. Barnabas Hospital that provide me opiate medications:

**Defendant No. 5**

IRFAN ALLADIN, MD
Pain Management Medical Doctor
12795  US-46 Highway
Parsippany, The County of Morris
The State of New Jersey 07054
(973) 794-4704

## What are Dr. Irfan Alladin Specialties?

Dr. Irfan A Alladin, MD, is a Pain Management specialist in Parsippany, New Jersey. He attended and graduated from medical school in 1998, having over 21 years of diverse experience, especially in Pain Management. He is affiliated with many hospitals including Jersey Shore University Medical Center, Monmouth Medical Center, St Mary's Hospital Passaic. Dr. Irfan A Alladin also cooperates with other doctors and physicians in medical groups including Accelerated Rehab And Pain Management Pa. Dr. Irfan A Alladin accepts Medicare-approved amount as payment in full. Call (973) 794-4704 to request Dr. Irfan A Alladin the information (Medicare information, advice, payment, ...) or simply to book an appointment.

**Defendant No. 6**

DR. CYRUS VOSOUGH, MD
Pain Management Medical Doctor
510 Hamburg Turnpike Suite No. 205
Wayne,  The County of Passaic
The State of New Jersey, 07470
(973) 595-0063
northjerseyrehab.com and

## What are Dr. Vosough's Specialties?

Physical Medicine & Rehabilitation

Psychiatrists are physicians who specialize in helping patients with disabilities. Their focus is rehabilitation, restoration of function and a return to a high quality of life. Patients may have muscle, bone, soft tissue or nervous system injuries. Sub-specialists include sports medicine specialists and pain management specialists.

**Defendant No 7**

DR. HENRY M. WROBLEWSKI
**American Anesthesiology Center for Pain Management**
261 James Street, Suite G2\

Morristown, The County of Morristown
The State of New Jersey. 07960

# What are Dr. Wroblewski's Specialties?

Physical Medicine & Rehabilitation

Physiatrists are physicians who specialize in helping patients with disabilities. Their focus is rehabilitation, restoration of function and a return to a high quality of life. Patients may have muscle, bone, soft tissue or nervous system injuries. Subspecialists include sports medicine specialists and pain management specialists.

**Defendant No. 8**

JOSEPH L. LINARES, et al.,
Attorney for McCarter & Engish
100 Mulberry Street, 11 Floor
Newark, The County of Essex
The State of New Jersey, 07102

## What are Attorney Jose L. Linares' s Specialties?

The Honorable Jose L. Linares chairs McCarter's Alternative Dispute Resolution practice. He served as Chief Judge of the United States District Court for the District of New Jersey, having been nominated to the bench by President George W. Bush in 2002. Prior to joining the United States District Court, he served as a superior court judge in Essex County, New Jersey.
Judge Linares's experience, acquired over forty years in judicial service and private practice, offers clients a unique perspective on litigation and a deep understanding of dispute resolution. Over the course of his career, he has developed the exceptional skills and ability to resolve complex disputes,

**Defendant No. 9**

Gwendolyn O. Austin
LAW FIRM OF GWENDOLYN O. AUSTIN
17 Academy Street, 11th Floor
Newark, County of Essex
The State of New Jersey 07102
(973) 735-2706

## What are Attorney Gwendolyn O. Austin's Specialties?

Criminal defense attorney, Gwendolyn O. Austin, represents clients who face conviction in charges related to DWIDUI, theft and property crimes, drug possession, drug trafficking, domestic violence, and juvenile crimes, as well as child custody matters Based in Newark.

**Defendant No. 10**

THE STATE OF NEW JERSEY
Garry J. Furnari, New Jersey Superior Court Judge of the Chancery Division
212 Washington, Street, Children In Court, 12th Floor
Newark, The County of Essex
The State of New Jersey 07102
(973) 776-9300

## What are Judge Garry J. Furnari Specialties?

Garry J. Furnari, are responsible for chancery or law inequity case that couldn't be resolved in common law must be impartial to the implication of the law based upon facts consistent with American with Disabilities Act of 1990 and as amended.

**Defendants as asserted in the Superior Court of New Jersey, Union County Law Division, Docket Number UNN-L-004319-18, all addresses are located in the files of the Union County Docket Number all defendants are held responsible collectively, see names listed below**

**PURDUE PHARMA, L.P.; PURDUE PHARMA INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; RHODES PHARMACEUTICAL L.P.; RHODES TECHNOLOGIES; RHODES TECHNOLOGIES, INC,; TEVA PHARMACEUTICAL USA, INC.; CEPHALON, INC,; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICAL, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL, INC (n/k/a JANSSEN PHARMACEUTICAL, INC.); ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICAL, INC.; ALLERGAN PLC (f/k/a WATSON PHARMACEUTICALS, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC, (f/k/a WATSON PHARMA, INC.); INSYS THERAPEUTICS, INC.; MALLINCKRODT PLC; MALLINCKRODT LLC; ABBVIE PRODUCTS LLC (f/k/a SOLVAY PHARMACEUTICALS, INC.) AMERISOOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; and MCKESSON CORPORATION,**

**Continue III, Statement of Claims**

 I am asserting that each and every defendant collectively manufactured prescription opioids drugs and grossly misrepresented the risks of the long-term use of those prescribed opiate drug given to me for my chronic pain, and neither did they collectively monitor or counsel me due to my use of the opiate drugs that was legally prescribe to me for pain management; as a result I suffered from tolerance issues, withdrawal symptoms, uncontrollable obsessive-compulsive urges of opiate use practically requiring it by unlawful means, which lead to my experience encountering legal issues and medical problems that lead to my hospitalization.

Falsely being accused in 2012 of antisocial behavior from drugs abuse and use, which resulted in the lost of child custody and falsely being accused by the United States Department of Justice (State of

New Jersey field office, Agent In Charge) of being wanted by the United States Army for the criminal investigation of drugs.

Also, as alleged by Garry J. Furnari, Gwendolyn O. Austin, Eric Meehan, et al., accuses me of violence or impulsive behavior and can't fulfill responsibilities because of illegal use of **methamphetamine.**

As defined by N.J.S.A. 9:6-8.21(c)(4), the commissioner placed the substance in Schedule III as substance abuse, see N.J.S.A. 24:21-7 and the U.S. Drug Enforcement Administration classified **methamphetamine** as a **Schedule II** stimulant, which makes it legally available only through a nonrefillable prescription.

Defendants falsely testified against me to opiate involvement and methamphtamine, which resulted in the interference of my family relationship and custody proceeding, housing, medical services due to the unlawful acts of the defendants, lose of income with New York and New Jersey Longshoremen Association employment, employment with Honda Car Dealership in Union New Jersey.

I was denied the rights to stated  claims of my losses due to the legally prescribed opiate use in the early 2003 to 2008, which was being paid for by the Social Security Administration through the local field office in Somerset County, New Jersey, State Medicaid Program(s), which was confirmed by the New Jersey Administrative Law, New Jersey Department of Human Services, Division of Medical Assistant..

I was denied by Joseph L. Linares a pretrial hearing and discover to resolved the issues of the persons that are responsible to indemnify me for the loses and interference in the child custody by exchange of information of the discovery process by achieving highly-efficient and transparent operations of the former Secretary of Homeland Security "Retention of Information" under my certified request through the Freedom of Information and Privacy Act to the United States Department of Justice, Homeland Security,

I'm asserting the order of Judge Thomas L. Ambro of the United States Third Circuit Court of Appeals, findings of unresolved issues and discovery, should take place in the United States District Courts.

Defendant Joseph L. Linares, joining the Law Frame of McCarter & English LLP has caused the interference of my complaint against Defendant Gwendolyn O. Austin, et al.,

I'm asserting claim against all defendants my plea agreement before Judge Eugene J. Cody of Essex County, New Jersey and the United States District Court Hearing before Judge Stanley R. Chester, Judge, which resulted to the issue of the **Hertz Rental Car.**

I'm asserting against the State of New Jersey, et al., the Political interest of emails or Benghazi nonsense of unadulterated drivel of a **"hoax crime"** by denying me a **"Daubert hearing"** than attempting to painting a picture of "Ricky Ray Rector" **gun related crime** of murdering a police officer in Conway, Arkansas, just an hour's drive from Bill Clinton's own hometown of Hot Springs.

**I have never violated the Peace and Friendship Agreement of 1786 nor intended to or will allowed another too, neither have I ever caused any wars against the United States or committed any treason against the United States.**

Attorney Joseph L. Linares, employment with McCarter & English LLP have violated my due process and equal protection rights and opportunities to filed claims against Gwendolyn O. Austin, et al., with New Jersey Supreme Court Committee on Attorney Ethics, see attachment affidavit, and communications with Attorney Natalie S. Watson, Secretary of District VA and other contact New Jersey Supreme Court Committee on Attorneys Ethics.

I, am asserting a claim against all defendants under the Americans with Disabilities Act of 1990, on going actions of absence of correctness, and failure to correct the legal process of New Jersey Superior Court, Law Division, Chancery interference in my child custody proceedings, lost of income with several employment opportunities as mentioned above, lose of honest governmental services, family unification and the right to be made hold.

## Cont. Relief:

I'm adopting the relief stated in UNN-L-004319-18, New Jersey Superior Court, Law Division of Union County, New Jersey, Pages 51 **Print Adverting** to 94, and pages 95 **Purdue Sponsored CMEs** to pages 246, I'm requesting the Court to order the federal and state law enforcements to **Cease and desist** falsifying crimes that I haven't been arrested for or convicted for or any alleged statements that can't be proven or that was stated against me only for the purpose of harassment and interference with any constitutional and legal rights of mines.

I have been denied jobs opportunities because of information alleged in United States Department of Justice, Homeland Security Law Enforcement network-files and the State of New Jersey Department of Law and Public Safety, Criminal Division networks or files.

I have actual lost custody for unification of my son because of law enforcements provided misleading information to the following Attorneys for the United States Government through New Jersey WEED and SEED Policy that the United States Attorney's Office of New Jersey, then administrated by former U.S. Attorney, Director of the Criminal Division of the Department of Justice, Secretary of Homeland Security and former Judge of the United State Court of Appeals and now in private activities Michael Chertoff, and former Attorney Faith Hochberg and United States District Court Judge, both government attorneys were mislead and as well as New Jersey Attorney General Office, I seeking damages against all misleading information of any criminal investigation of drug related crime or use of "Methamphetamine" that was used as means to influence my custody proceedings.

I lost money because of my involvement and my patent pending for Diabetic Footwear, services I provide Podiatrist, Medical Doctors, Senior Citizens Centers Mental Health Center and Diabetic and Orthopedic Footwear Services:

Approximately 904,861 people in New Jersey, or 12% of the adult population, have diabetes. Of these, an estimated 235,000 have diabetes but don't know it, greatly increasing their health risk.

### Medicare coverage of therapeutic shoes for persons with diabetes is based on the Social Security Act of Section 1862(a)(1)(A)

I was an actives Certified Diabetic Shoe Fitter and services provider for JT Murdoch Shoes and Oertel Orthopedic, Inc., if not been mentally stressed from the illegal acts of the Superior of Court State of

New Jersey, et al., I could have completed my patent invention and Diabetic Footwear Services and schooling at Phoenix University in Hoboken, New Jersey, I'm demanding the amount from 2011 to present the percentage the payment fees of the monies I would have made calculated by the statistics of New Jersey Diabetics, the basic price of a good Diabetic Shoes that I was providing $265.00.

I'll send in the amount that I was contracting and working with each individual company providing footwear for Diabetics and Orthopedic conditions,

Also, because of the misleading information of opiate related crimes I lost employment with New York and New Jersey Longshoreman Association Waterfront, which information was sent to me by way of the United States Postal Services, from Susan Winfree, (my Driver's Abstract was certified in **GOOD STANDING)** and still to present. (2013)

I don't have the present hourly employment rate or pay schedule of the longshoremen, but can be provided under the discovery rules.

I lost employment with Honda's dealership in Springfield, New Jersey-Union County $560. 00 weekly (2015).

I'm demanding punitive damages for the money lost and the mental stress as deterrence to federal and state law enforcements to stop misleading government employees and interfering with child custody proceeding by unlawful means of drug related crimes or drugs use, for their evil vindictive reason contrary to the **Accardi v. Shaughessy, 347 U.S. 260** "Accardi Doctrine"

Hold all defendants accountable for violating the "Discovery Rules" and the 6th Amend. violation and my request to Attorney Joseph L. Linares, denying me the right's to a **Dauber Hearing or motion** to exclude the presentation of unqualified evidence of any drug related crimes or any alleged crimes or reason for a **TRAFFIC TICKET**.

All defendants shall be held accountable under 42 U.S.C. Section 1986:

Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

**For the purpose for my son by not providing services to his mother or the lose of his mom's**

**Whatever, this court deems just for my son (N.R.B.I., Jr).**