**STATE OF NEW JERSEY )**

                           **) ss.**                 **Civil Docket No.:**

**COUNT OF SOMERSET )**


# AFFIDAVIT IN SUPPORT OF DISQUALIFICATION OF FORMER UNITED STATES DISTRICT COURT JUDGE JOSEPH L. LINARES

I, Ronald Bass Sr., being duly sworn, deposes and says:

The I'm the party to the within Tort Claims proceeding, pursuant to the American with Disabilities Act of 1990 and as amended.

Herein, stated that the former judge Linares, will be identified as private or corporate practicing attorney and employee/contract for the Law Firm of McCarter & English, LLP, who's main office is in the City of Newark, New Jersey, 4 Gateway Center, 100 Mulberry Street, 07102.

I, aver that Joseph L. Linares, then as a United States District Court Judge, before whom my civil actions was held, he was prejudiced against my constitutional rights to the confrontational clause, by violating the rights to a discovery hearing and pre-trial conference.

I further assert, that I was denied the fair opportunity to hearing for reason of my previous opioid prescribed medicine under the Social Security Act and New Jersey Department of Human Services, Division of Medical Assistance.

All opiate medications were prescribe to me by a license doctor of the State of New Jersey, it was due to injuries I suffered, which was acknowledge by the federal and state governmental agencies.

The Linares's court was aware of my defense for ineffective assistance of counsel and breach of contract by Gwendolyn O. Austin's intentional negligence and misleading

information that Joseph L. Linares had trespassed on Civil Action 95-1756 (MTB) that resulted in front of the late great Honorable Harold A. Ackerman.

I, have reasonable belief that Joseph L. Linares has interfered in the legal process of the New Jersey Supreme Court Attorney Ethics Committee pursuing my claims against Gwendolyn O. Austin's and others attorneys of records and others did falsify drug analysis report that Joseph L. Linares did in fact condone.

This affiant cannot or believes that I can have a fair and impartial trail or hearing in the State of New Jersey Supreme Court Ethics Committee proceedings concerning the effects of the losses caused by my opiate addiction and defendants wrongfully accusing me of opiate use or involvements, see:

**H.R. 6, the Substance Use-Disorder Prevention that Promotes Opioid Recovery and Treatment (SUPPORT) for Patients and Communities Act of 2018, was made law to address the nation's opioid overdose epidemic. The legislation includes provisions to strengthen the behavioral health workforce through increasing addiction medicine education; standardize the delivery of addiction medicine; expand access to high-quality, evidence-based care; and cover addiction medicine in a way that facilitates the delivery of coordinated and comprehensive treatment. The Support Act followed the passage of the Comprehensive Addiction and Recovery Act (CARA) and the 21st Century Cures Act in the previous Congress.**

Attorney, Joseph L. Linares, et al., haven't ensured me the same opportunity as those who don't and didn't have a drug addiction history in their past.

I'm asserting the National Opiate Multi-Ligation Class Action Claims in this Affidavit

Affiant, Ronald Bass, Sr.

**Sworn to and subscribed before me this** 31st **day of** October 2019

**Seal**

Notary Public

SHARON A. FRANKLIN
NOTARY PUBLIC
NO. 2339903
STATE OF NEW JERSEY
MY COMMISSION EXPIRES FEBRUARY 2, 20 21

Natalie S. Watson, Esq. Secretary
District VA Ethics Committee
McCarter & English, LLP
100 Mulberry Street, 11ᵗʰ Floor
Newark, NJ 07102

October 4ᵗʰ 2019

RE:     **Ronald Bass, Sr. v. Gwendolyn O. Austin, Esq.**

Dear Ms. Watson,

I haven't heard from the District VA Ethics Committee, I received the attached letter from you dated
April 30, 2019, nor have you responded to any of me correspondence, if their's still a pending litigation
going on that I should be aware of or pending criminal investigation against me, I look forward to you
informing of such matters.

Also, I'm aware of Joseph L. Linares, (former Federal Judge of the United States District Court in
Newark, New Jersey, now employed as to the Law Firm McCarter & English, LLP) joined the
partnership of McCartyer & English:

"NEWARK, May 17, 2019 – McCarter & English, LLP today announced that the Honorable Jose
L. Linares, former Chief Judge of the United States District Court for the District of New Jersey,
will join the firm's Newark office as a partner and lead the Alternative Dispute Resolution
practice starting May 22. Judge Linares's extensive experience with intellectual property
matters, particularly complex patent cases, will greatly enhance the firm's Alternative Dispute
Resolution practice, and offers clients the unique perspective, skill and ability to resolve
complex disputes.

Judge Linares served as Chief Judge from 2017 to 2019 and was first nominated to the bench
by President George W. Bush in 2002. As Chief Judge, he led the District Court of New Jersey
to out pace all other federal district courts in affirmances on Abbreviated New Drug Application
(ANDA) cases at the United States Court of Appeals for the Federal Circuit. Judge Linares
himself presided over more than 50 patent cases in the past six years, many involving
complicated, high-stakes disputes between generic and branded drug companies.

'We are honored and excited to welcome Judge Linares to McCarter & English," said Chairman
Michael P. Kelly. "The legal caliber demonstrated throughout his impressive career – whether

handling historic pharmaceutical settlements or presiding over major bankruptcies, class actions, multi-district litigations and securities fraud cases – will truly benefit our clients across several industries."

I haven't heard from you since his coming on board with McCarter & Engilsh, LLP Law Firm, it was Attorney Linares who denied me a **"Daubert Hearing"** to dispute any allegations of the State of New Jersey, et al., and misrepresentation, as well as the breach of contract of Gwendolyn O. Austin ineffectiveness; Furthermore, documents from the United States District Court Clerks' Office and my request from the federal archives of the proceedings held under Maryann Trump Barry, Judge Stanley R. Chesler and the late Great Harold A, Ackerman, reflects he trespassed on Civil Action No. 95-1756 (M.T.B.)., as well as Suzette Payton v. Stephen Lewis and Donald Preston, et al., which case was before Maryann Trump Barry.

However, I have been falsely accused of involvement with the opiate epidemic and the use of drug substance while being represented by Gwendolyn O. Austin, in which she stated on the records that she's working with the State and Agency, against me because they have 6 inches of documents against me!

Her, duty may be to the court based on integrity but not on the political interest of **HOAX CRIMES** tied in mutuality of committing fraud on the court through a child custody proceeding, see 115 NJ 231 (1989) In the Matter of L. Gilbert Farr, she was easily to be influence by New Jersey Attorney General Office and my son's mother attorney on the record before Judge Furnari and Furnari himself fraudulent drug screening test.

I Hope, Supreme Court of New Jersey District Ethic Committee is not under the impression that Judges and Deputy Attorneys Generals, County Prosecutors-Lawyers, etc., are above the law to maintain political fraud on the federal and states; I trust that I'm not writing this letter in vain that will be filed in a pigeonhole and allow violation of my due process rights.

Warm Regards

*Ronald Bass, Sr -*

Ronald Bass, Sr

I look forward to hearing from you

Natalie S. Watson, District VA Secretary
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

September 9th 2019

**Re: Gwendolyn O. Austin, et al.,**

Dear Ms. Watson

I, looking forward to hearing from you concerning the complaint(s) I have filed in the Office of  New Jersey Attorneys Ethic Committees, specifically against Gwendolyn O. Austin.

I also, enclosed a copy of the letter that I have sent you previously in response to your letter informing me of **"Notification of Declination Due to Pending Civil Litigation"**; Be mindful, that I wasn't involved with Jerry Somerset and Joseph Elam's contractual relationship with Partners Pharmacy, LLC and Strategic Delivery Solution, LLC 50 Lawrence Road, Springfield, New Jersey or 70 Jacksons Drive in Cranford, New Jersey.

Although I have been falsely accused of engaging or involved in the use of or activities of illegal drugs by the Attorneys names raised in my complaint, as well the false accusation of  Dr. Eric Kirscner use of **methamphetamine** was used against me in a trial (I have provided you copies of a complete drug screening from JFK Medical Center) which Ms. Austin, et al., justified their decisions against me, amongst other reasons of denied services by Ms. Austin, et al.,

I'm asking you again to inform me of any up dates you may have concerning if there is still pending an on going investigations against me for drug or guns related activities or other criminal acts of a common law crime I committed against another person ?

Since the State of New Jersey, et al., allegations about my mental state than there is no statute of limitation of me bring my claims against each parties under the American with Disabilities Act of 1990.

Sincerely

Ronald Bass, Sr.

Natalie S. Watson, District VA Secretary
c/o McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102

May 12, 2019

**Re: Notification of Declination Due to Pending Civil Litigation**
   **Bass v. The State of New Jersey, et al Case No. 2:14-cv-05006-Jll-JAD**

Dear Ms. Watson,

I'm in receipt of your notification dated April 30, 2019, I also acknowledge that
the Supreme Court of New Jersey has a policy of not considering any grievance
from a litigant in appending civil matter, concerning the professional malpractice
and neglect of an attorney.

I, have been seeking redress of grievance against Gwendolyn O. Austin since the
date, I revoked her power of attorney until present; "because of ongoing 6[th]
Amendment violation and the breach of her contractual relationship to provide
expert services on my behalf, and amongst other things.

**I'm re-filing my grievance and setting forth the facts of my claims against:**

1. Gwendolyn O. Austin, Attorney of Records.
2. Donald O. Egbuchulam, Attorney on the Records.
3. Eric Meehan, Attorney on the Records.

All attorneys above are license members of New Jersey Bar Association and held
themselves out to be professional services providers for Parental Rights under the
American with Disabilities Act of 1990 and as amended; Title III and Title II private
and public entities.

Ronald Bass, Sr.

**ATTACHMENT:**

**Letter from the U.S. District Court dated 4/4/2019**
**Grievance complaint form**

**McCARTER**
**&ENGLISH**
ATTORNEYS AT LAW

Natalie S. Watson
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102





02 1P    $000.50⁰
0000701562  APR 30 2019
MAILED FROM ZIP CODE 08816

Mr. Ronald Bass, Sr.
450 Little Place, Apt. 53
North Plainfield, New Jersey 07060

CONFIDENTIAL

0706086625 C040

## SUPREME COURT OF NEW JERSEY
## DISTRICT ETHICS COMMITTEE
For Essex County
District VA



*Please Reply To:*
Natalie S. Watson, District VA Secretary
c/o McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102
973-848-5357
nwatson@mccarter.com

*C. Garde*

*t M. Puteska,*
*Chair*

*ie S. Watson*
*tary*

*iey Members:*
M. August
E. Barney
rd Bernstein
N. Brown
iel R. Caruso
ay Smith Dischley
F. Hammonds
erly K. Holmes
e A. Leonard
s G. Manalansan
rah H. Myers
y Lauren Turner
ine Bartlett
nary J. Bruno
er B. Condon
iel Gesualdo
rd B. Mankoff
lora Titus McCormick
Merchant
a Miles
t E. Raghnal
ry E. Reid
M. Silva
ell W. Taraschi
n J. Busch
. Danner
tine A. Escanlar
n R. Greenberg
n Hafner
nne Hudson
ny J. Laura
D. Sherman
ny Sodono, III
n Tellado
W. Weber
el Boldt
Conlan
ella Fera, Jr.
stein
S. Lakhani
e B. Maloney
ateo
Perez
led M. Rosenberg
. Tor
Michael White

*Members:*
ano
icholas S. Gengaro
Modu
s Langston Puryear
Rose Fineman
Semper
e Walker
L. Pitt

### PERSONAL & CONFIDENTIAL

April 30, 2019

Mr. Ronald Bass, Sr.
450 Little Place, Apt. 53
North Plainfield, New Jersey 07060

### RE:  NOTIFICATION OF DECLINATION DUE TO PENDING CIVIL LITIGATION

Dear Mr. Bass:

Please be informed that the Supreme Court of New Jersey has established a policy of not considering any grievance received from a litigant in a pending civil matter, either about the conduct of a trial attorney therein or about the underlying conduct of any attorney who is a party to the litigation, until the case is finally concluded, except in rare situations that involve clearly provable ethical violations or where the facts present a substantial threat of imminent harm to the public.  A copy of New Jersey Court *Rule* 1:20-3(f) is attached.  Your case does not meet these most stringent criteria and, therefore, will not be processed at this time.  However, if after the civil litigation has ended you believe that any attorney of this state has engaged in unethical conduct therein, you are at liberty to re-file a grievance setting forth the facts supporting your allegations.  At that time, this committee may investigate and consider all grievances made.

While this office cannot advise you as to what your legal rights and remedies are, I can advise you that in the event you are dissatisfied with the legal advice of your present attorney, you are certainly free to seek advice from another attorney.  On the other hand, in the event that your grievance relates to conduct of your adversary, you should discuss the matter fully with your counsel to see what other action, if any, may be appropriate to remedy this conduct.

Very truly yours,

Natalie S. Watson, Secretary
District VA Ethics Committee

Enclosure

E1 30313229v.1

1:20-3. District Ethics Committees; Investigations

**(f) Related Pending Litigation.** If a grievance alleges facts that, if true, would constitute unethical conduct and if those facts are substantially similar to the material allegations of pending civil or criminal litigation, the grievance shall be docketed and investigated if, in the opinion of the secretary or Director, the facts alleged clearly demonstrate provable ethical violations or if the facts alleged present a substantial threat of imminent harm to the public. All other grievances involving such related pending civil and criminal litigation may be declined and not docketed. If the matter has already been docketed when the related pending litigation is discovered, the matter may be administratively dismissed, provided the matter is still in the investigative stage. The grievant shall be informed in writing of any decision, together with a brief statement of the reasons therefor and a copy of any Court Rule or written guideline supporting declination. Once a formal complaint has been filed, the matter shall not be dismissed nor held in abeyance pending completion of the related litigation, unless so authorized by the Director. Whenever an attorney is a defendant in any criminal proceeding, the Director shall docket the matter and may, in the Director's discretion, investigate and prosecute the disciplinary case.

SUPREME COURT OF NEW JERSEY



## DISTRICT XA/XB ETHICS COMMITTEE

## FOR MORRIS AND SUSSEX COUNTIES

<u>Secretary</u>
Caroline Record, Esq.
Hill Wallack LLP
240 Cedar Knolls Road
Suite 209
Cedar Knolls, New Jersey  07927
Tel (973) 267-2328
Fax (973) 946-7007

**PERSONAL & CONFIDENTIAL**

Dear Sir/Madam:

Pursuant to your communication to our office, enclosed is an Attorney Ethics Grievance Form, as well as a pamphlet entitled "Information About Grievance Procedures and Discipline of Lawyers," published by the Office of Attorney Ethics.

Please complete the grievance form in as extensive detail as possible and return it to this office in the self addressed envelope provided.  Please read the instructions for each section of the grievance form; it is particularly important if there are documents that you feel relate to this complaint that I be provided with copies of them.

I draw your attention specifically to paragraph "F" of the grievance form.  This paragraph is self-explanatory and is important for you to understand in regard to your obligation of confidentiality and the immunities which flow to you as long as you maintain that confidentiality.

Once we have received your completed grievance form, you will hear further from us.

Very truly yours,

Caroline Record, Esq., Secretary
District XA/XB Ethics Committee

CR/ls
Enclosures

Diana C. Manning, Esq., Chair
Gregory J. Bevelock, Esq., Vice Chair
Alice M. Bergen, Esq.
Paul A. Carbon, Esq.
Rahil Darbar, Esq.
Benjamin J. DiLorenzo, Esq.
Matthew J. Fedor, Esq.
Cynthia L Flanagan, Esq.
Jennifer Fortunato, Esq.
Christopher Leon Garibian, Esq.
Lori Patrick Hager, Esq.
Sean P. Joyce, Esq.
Alex J. Keoskey, Esq.
Jennifer Lazor, Esq.
James P. Lidon, Esq.
Jeffrey W. Lorell, Esq.
Thomas E. Maloney, Jr., Esq.
Paul R. Marino, Esq.
Dina M. Mikulka, Esq.
Angela M. Morisco, Esq.
Kevin J. O'Connor, Esq.
Rachel A. Parisi, Esq.
Joanna Piorek, Esq.
Lawrence P. Platkin, Esq.
Eric L. Probst, Esq.
Thomas G. Rantas, Esq.
Risa D. Rich, Esq.
Kathryn B. Rockwood, Esq.
Catherine Romania, Esq.
Angela M. Scafuri, Esq.
Elizabeth H. Smith, Esq.
Robert E. Spitzer, Esq.
Helen E. Tuttle, Esq.
Anthony C. Valenziano, Esq.

Public Members
Linda Langstaff Carrington
Daniel Coleman
Kathleen Hobbis
Michael Iris
Michael D. Kaplan
Darryl S. Neier

Secretary
Caroline Record, Esq.
Hill Wallack LLP
240 Cedar Knolls Road
Suite 209
Cedar Knolls, NJ 07927
(973) 267-2328
Fax (973) 946-7007

SUPREME COURT OF NEW JERSEY



DISTRICT XA ETHICS COMMITTEE

FOR EAST MORRIS AND SUSSEX COUNTIES

***PERSONAL & CONFIDENTIAL***

*Please reply to:*
*Secretary*

January 14, 2019

Natalie S. Watson, Esq., Secretary
District VA Ethics Committee
McCarter & English, LLP
100 Mulberry Street, 11th Floor
Newark, NJ 07102

Re:    Ronald Bass, Sr. v. Gwendolyn O. Austin, Esq.

Dear Ms. Watson:

Enclosed please find the above referenced grievance which was received by this Committee on January 11, 2019.  Since this attorney's law firm is located in Newark, Essex County, New Jersey, I am forwarding this matter to your Committee for disposition.

By copy of this letter, I am advising the grievant of this transfer and that any future inquiries should be directed to your office.  Please note that I have not retained copies of this grievance.

Thank you for your attention to this matter.

Very truly yours,

*Caroline Record (ls)*

Caroline Record, Esq., Secy.
District XA Ethics Committee

CR/ls
Enclosure

cc:    Ronald Bass, Sr., Grievant

Diana C. Manning, Esq., Chair
Gregory J. Bevelock, Esq., Vice Chair
Alice M. Bergen, Esq.
Paul A. Carbon, Esq.
Rahil Darbar, Esq.
Benjamin J. DiLorenzo, Esq.
Matthew J. Fedor, Esq.
Cynthia L Flanagan, Esq.
Jennifer Fortunato, Esq.
Christopher Leon Garibian, Esq.
Lori Patrick Hager, Esq.
Sean P. Joyce, Esq.
Alex J. Keoskey, Esq.
Jennifer Lazor, Esq.
James P. Lidon, Esq.
Jeffrey W. Lorell, Esq.
Thomas E. Maloney, Jr., Esq.
Paul R. Marino, Esq.
Dina M. Mikulka, Esq.
Angela M. Morisco, Esq.
Kevin J. O'Connor, Esq.
Rachel A. Parisi, Esq.
Joanna Piorek, Esq.
Lawrence P. Platkin, Esq.
Eric L. Probst, Esq.
Thomas G. Rantas, Esq.
Risa D. Rich, Esq.
Kathryn B. Rockwood, Esq.
Catherine Romania, Esq.
Angela M. Scafuri, Esq.
Elizabeth H. Smith, Esq.
Robert E. Spitzer, Esq.
Helen E. Tuttle, Esq.
Anthony C. Valenziano, Esq.

Public Members
Linda Langstaff Carrington
Daniel Coleman
Kathleen Hobbis
Michael Iris
Michael D. Kaplan
Darryl S. Neier

SUPREME COURT OF NEW JERSEY



DISTRICT XA ETHICS COMMITTEE

FOR EAST MORRIS AND SUSSEX COUNTIES

***PERSONAL & CONFIDENTIAL***

*Please reply to:*
*Secretary*

Secretary
Caroline Record, Esq.
Hill Wallack LLP
240 Cedar Knolls Road
Suite 209
Cedar Knolls, NJ 07927
(973) 267-2328
Fax (973) 946-7007

February 4, 2019

Natalie S. Watson, Esq., Secretary
District VA Ethics Committee
McCarter & English, LLP
100 Mulberry Street, 11th Floor
Newark, NJ 07102

      Re:    Ronald Bass, Sr. v. Gwendolyn O. Austin, Esq.

Dear Ms. Watson:

    In reference to my letters to you dated January 14, 2019 and January 22, 2019, enclosed please find additional information from the grievant.

    By copy of this letter, I am advising the grievant of this transfer and that any future inquiries should be directed to your office. Please note that I have not retained copies of the additional information.

    Thank you for your attention to this matter.

                Very truly yours,

                *Caroline Record (s)*

                Caroline Record, Esq., Secy.
                District XA Ethics Committee

CR/ls
Enclosure

cc:    Ronald Bass, Sr., Grievant



*Somerset Treatment Services*

118 WEST END AVENUE
SOMERVILLE, NEW JERSEY 08876

(908) 722-1232
FAX (908) 722-0223

July 13, 2005

Union County Superior Court
2 Broad Street
Elizabeth, New Jersey
07207

Re: Ronald Bass

Honorable Judge Heimlich:

This letter is being written to provide you with information regarding Mr. Ronald Bass.
Mr. Bass was admitted to the Intensive Outpatient Program (IOP) at Somerset Treatment
Services on June 9, 2005. He is seen three evenings a week for group counseling
sessions. The IOP program runs approximately thirty-six weeks in duration. If I can be
of any further assistance please feel free to contact me at 908-722-1232 ext. 3022.

Sincerely,

Gina M. Mathis MA, CADC
IOP Coordinator



**A UNITED WAY MEMBER AGENCY**



*Somerset Treatment Services*

118 WEST END AVENUE
SOMERVILLE, NEW JERSEY 08876

(908) 722-1232
FAX (908) 722-0223

July 13, 2005

Essex County Superior Court
50 West Market Street
Newark, New Jersey
07102

Re: Ronald Bass

Honorable Judge Vichness:

This letter is being written to provide you with information regarding Mr. Ronald Bass.
Mr. Bass was admitted to the Intensive Outpatient Program (IOP) at Somerset Treatment
Services on June 9, 2005. He is seen three evenings a week for group counseling
sessions. The IOP program runs approximately thirty-six weeks in duration. If I can be
of any further assistance please feel free to contact me at 908-722-1232 ext. 3022.

Sincerely,

Gina M. Mathis MA, CADC
IOP Coordinator



A UNITED WAY MEMBER AGENCY

Ms. Carole Johnson, Commissioner
New Jersey Department of Human Services
P. O. Box 700
222 South Warren Street
Trenton, New Jersey 08625

August 28, 2019

*RE: Case No. 1876838534*

Dear Ms. Johns

Find attached copies of my full range drug screening; I'm dismay of the premeditated acts of Garry J. Furnari, Jose L. Linares and Gwendolyn O. Austin's, et al., (Essex County Political Parties) falsifying drugs test (off the shelf drug screening kit) that came out of the office of Garry J. Furnari.

Also, find copies of charges that have been dismissed against me consistent with 42 C.F.R. Part 2; I have been falsely targeted by Essex County Law Enforcement for crimes to tailor an allegation to justified Essex County Politician's agenda and have **over billed** the United States Department of Health and Human Services under the Social Security Act.

I'm asserting the United States Third Circuit Court of Appeals Judge Thomas Ambro's finding as to the **Discovery and unresolved issues!** against the federal and state criminal allegations.

**I'm asserting Jerry Somerset's Petition and other moving papers to the United States District Court and the Third Circuit Court of Appeals.**

"Be mindful Black Americans are held responsible just like White Americans"

Warm Regards

*Ronald Bass, Sr.*

Ronald Bass, Sr.

 

Bass, Ronald
DOB: 03/19/1955 M55
Wt/Ht: 98.4 Kg 180 cm.
MedRec: 000993451
AcctNum: 061698981

# JFK MEDICAL CENTER SATELLITE ED
# EMERGENCY RECORD

Patient Data

**Complaint:** FEELS JITTERY
**Triage Time:** Mon Feb 28, 2011 21:25
**Urgency:** Non–Urgent
**Bed:** SED A
**Initial Vital Signs:** 02/28/2011 21:22
  **BP:**131/82
  **P:**96
  **O2 sat:**94 on RA

**ED Attending:** Pennycooke, MD, Shelly–Ann
**Primary RN:** Bachorik,RN, Miriam

**R:**18
**T:**99
**Pain:**0

**TRIAGE** (Mon Feb 28, 2011 21:25 MB)
*COMPLAINT:* FEELS JITTERY. (Mon Feb 28, 2011 21:25 MB)
*ADMISSION:* URGENCY: Non–Urgent, ADMISSION SOURCE: AMBULATORY, TRANSPORT:
  Car, DEPT: JFKMC SED, BED: DK 01. (Mon Feb 28, 2011 21:25 MB)
*PATIENT:* NAME: Bass, Ronald, AGE: 55, GENDER: male, DOB: Sat Mar 19,
  1955, LANGUAGE: English, ER VISIT LAST 72 HRS: NO, KG WEIGHT: 98.4,
  HEIGHT: 180cm, Admitting: KAREME. (Mon Feb 28, 2011 21:25 MB)
*ALLERGIES:* NKDA. (Mon Feb 28, 2011 21:25 MB)
*HISTORY PRESENT ILLNESS:* PT STATES HE FEELS JITTERY AND WAS TOLD AT THE
  LODGE HE WAS AT THAT PEOPLE WERE ADDING AMPHETAMINES TO DRINKS AND PT
  WANTS TO BE TESTED FOR THIS. (Mon Feb 28, 2011 21:25 MB)
*PAIN:* 0. (Mon Feb 28, 2011 21:25 MB)
*NUTRITIONAL ASSESSMENT:* Appearance: Well nourished. (Mon Feb 28, 2011
21:25 MB)
*ACCOMPANIED BY:* ACCOMPANIED BY: no one. (Mon Feb 28, 2011 21:25 MB)
*COMMUNICATION:*NA. (Mon Feb 28, 2011 21:25 MB)
*FALL RISK:* No the patient has not fallen in the last 3 months, No there is no impaired judgement and/or lack
  of safety awareness, No the patient is not agitated, No the patient does not have an impaired gait, No I do
  not soil or wet myself on the way to the bathroom, No I have not experienced dizziness or vertigo. (Mon Feb
28, 2011 21:25 MB)
*PATIENT SAFETY/BEHAVIORAL SCREENING:* PART A
  No, the patient is not having thoughts of hurting self or others.,
  No, the patient is not here against his or her will.,
  No, the patient is not exhibiting extreme agitation or aggressive behaviors.,
  No, substance use/abuse is not an active issue within the last 24 hours that could cause immediate harm to self
  or others,
  No, the presenting circumstances and/or collateral contacts do not support the potential for the patient to
  demonstrate behaviors that pose a danger to self, others or property. (Mon Feb 28, 2011 21:25 MB)
*NURSING DIAGNOSIS:*Alteration in comfort. (Mon Feb 28, 2011 21:25 MB)
*VITAL SIGNS:* BP 131/82, Pulse 96, Resp 18, Temp 99, Pain 0, O2 Sat 94, on RA, Time 02/28/2011 21:22. (21:22
MB)

**HPI BLANK** (Tue Mar 01, 2011 00:43 PENN)
*CHIEF COMPLAINT:* 55 yo male presents to ER for evaluation and drug screening. Pt states that he was at an
  event where people were putting amphetamines in his drink. Pt reports feeling jittery. he denies any chest
  pain, SOB, abdominal pain, n/v.

## PAST MEDICAL HISTORY
*MEDICAL HISTORY:* History of pulmonary disease:, Asthma, Inhaler, History
  of Hypertension:, Treated, STATES LIVER PROBLEMS. (Mon Feb 28, 2011
21:25 MB)

PRINTED BY: MBERGER
DATE    8/28/2019

Prepared: Wed Mar 02, 2011 00:37 by  Page: 1 of 3

 

# JFK MEDICAL CENTER SATELLITE ED
# EMERGENCY RECORD

**Bass, Ronald**
DOB: 03/19/1955 M55
Wt/Ht: 98.4 Kg 180 cm.
MedRec: 000993451
AcctNum: 061698981

*SURGICAL HISTORY:* MAXIFACIAL SURGERY. (Mon Feb 28, 2011 21:25 MB)
*MEDICATION:* SEE MED REC. (Mon Feb 28, 2011 21:25 MB)
*MEDICAL HISTORY:* Asthma, HTN, liver disease. (Tue Mar 01, 2011 03:22 PENN)
*SURGICAL HISTORY:* maxillofacial . (Tue Mar 01, 2011 03:22 PENN)
*SOCIAL HISTORY:* Lives with others. (Tue Mar 01, 2011 03:22 PENN)
*FAMILY HISTORY:* Family history reviewed and not contributory to this case. (Tue Mar 01, 2011 03:22 PENN)
*NOTES:* Nursing records reviewed. (Tue Mar 01, 2011 03:22 PENN)

**ROS** (Tue Mar 01, 2011 03:23 PENN)
*GI:* Negative gastrointestinal review of systems.
*CONSTITUTIONAL:* Negative constitutional review of systems, No lethargy.
*EYES:* Negative eye review of systems.
*ENT:* Negative ENT review of systems.
*CARDIOVASCULAR:* Negative cardiovascular review of systems, No diaphoresis, No chest pain, No palpitations.
*RESPIRATORY:* No Cough, No SOB.
*GENITOURINARY MALE:* Negative genitourinary review of systems.
*MUSCULOSKELETAL:* Negative musculoskeletal review of systems.
*SKIN:* Negative skin review of systems.
*NEUROLOGIC:* Negative neurologic review of systems.
*PSYCHIATRIC:* Negative psychiatric review of systems.
*NOTES:* tremulousness.

**PHYSICAL EXAM** (Tue Mar 01, 2011 03:24 PENN)
*CONSTITUTIONAL:* Vital signs reviewed, Comfortable, Alert and oriented X 3, nad.
*EYES:* Pupils equal and reactive to light, Sclera are normal, Conjunctiva are normal, Left pupil: 5mm, Right pupil: 5mm.
*ENT:* Oropharynx normal, Mouth normal to inspection.
*RESPIRATORY/CHEST:* Breath sounds normal, No respiratory distress.
*CARDIOVASCULAR:* RRR, No rub, No gallop.
*ABDOMEN:* Abdomen is non–tender, Bowel sounds normal.
*EXTREMITY EXAM:* Inspection normal, No cyanosis/clubbing/edema.
*NEURO:* No focal motor deficits, No cerebellar deficits.
*SKIN:* Skin is warm and dry, No rash or induration.
*PSYCHIATRIC:* Oriented X 3, Normal affect.

**DOCTOR NOTES** (Tue Mar 01, 2011 03:25 PENN)
*TEXT:* Results of testing given to pt. Advised to take BP meds which he did not take today. No further complaints.

**RESULTS** (23:59 MB)

| Measurement | Result | Units | Range | S |
|---|---|---|---|---|
| UDRG Collection DT: Mon Feb 28, 2011 23:02 | | | | |
| URINE ALCOHOL | NEGATIVE N | | NEGATIVE-- | F |
| AMPHETAMINES, URINE | NEGATIVE N | | NEGATIVE-- | F |
| BARBITURATES, URINE | NEGATIVE N | | NEGATIVE-- | F |
| BENZODIAZEPINES | NEGATIVE N | | NEGATIVE-- | F |
| COCAINE, URINE | NEGATIVE N | | NEGATIVE-- | F |
| METHADONE, URINE | NEGATIVE N | | NEGATIVE-- | F |
| OPIATES, URINE | NEGATIVE N | | NEGATIVE-- | F |

PRESENTED BY: MBERGER

DATE     8/28/2019

 

**JFK MEDICAL CENTER SATELLITE ED
EMERGENCY RECORD**

Bass, Ronald
DOB: 03/19/1955 M55
Wt/Ht: 98.4 Kg 180 cm.
MedRec: 000993451
AcctNum: 061698981

| PHENCYCLIDINE, URIN | NEGATIVE N | | NEGATIVE– | F |
|---|---|---|---|---|
| PROPOXYPHENE, URINE | NEGATIVE N | | NEGATIVE– | F |
| THC, URINE | NEGATIVE N | | NEGATIVE– | F |
| | DRUG SCREEN REPORT | | | |
| | TO BE USED FOR | | | |
| | MEDICAL (TREATMENT) | | | |
| | PURPOSES ONLY N | | | F |

**NURSING PROCEDURE: NURSE NOTES**
*TIME:* DR IN TO SEE PT. (22:13 MB)
    CALLED COURIER FOR UDS. (22:36 MB)
    LAB RESULTS BACK– PLACED IN RACK FOR RE–EVAL;. (Tue Mar 01, 2011 00:00
MB)

**NURSING PROCEDURE: DISCHARGE NOTE** (Tue Mar 01, 2011 00:56 MB)
*VITAL SIGNS:* BP: 159, / 104, Pulse: 84, Resp: 18, Temp: 97, Pain: 0, O2
sat: 94, RA, Time: DR AWARE OF VS– PT HAS NOT TAKEN HIS BP MEDS– ADVISED
TO TAKE HIS BP MEDS.
*TIME:* Patient discharged to home, Patient ambulates without assistance, Transported via patient driving,
Patient unaccompanied, Discharge instructions given to patient, Simple/moderate discharge teaching performed,
Teaching performed by RN, Above Person(s) verbalized understanding of discharge instructions and follow–up
care, Patient treated and evaluated by physician, On a scale 0–10 patient rates pain as 0, Condition is
stable.

**VITAL SIGNS**
*VITAL SIGNS:* BP: 131/82, Pulse: 96, Resp: 18, Temp: 99, Pain: 0, O2 sat: 94 on RA, Time: 02/28/2011 21:22.
(21:22 MB)
    BP: 159/104, Pulse: 84, Resp: 18, Temp: 97, Pain: 0, O2 sat: 94 on RA, Time: 03/01/2011 00:56. (Tue Mar 01,
2011 00:56 MB)

**DIAGNOSIS** (Tue Mar 01, 2011 00:45 PENN)
*FINAL:* PRIMARY: drug screening.

**INSTRUCTION** (Tue Mar 01, 2011 00:45 PENN)
*SPECIAL:* Follow up with primary physician as needed. .

**DISPOSITION**
*PATIENT:* Disposition: Discharged, Condition: Stable. (Tue Mar 01, 2011 00:45 PENN)
    Belongings w/patient: Patient discharged with all belongings, Pain on discharge: PAIN 0, Transfer facility:
    –Not Applicable, Transfer reason: –Not applicable, Pneumonia Patient?: NO, Disposition Transport: Ambulatory,
    Remove from ER. (Tue Mar 01, 2011 00:58 MB)

**ADMIN**
*DIGITAL SIGNATURE:* Pennycooke, MD, Shelly–Ann. (Tue Mar 01, 2011 03:25
PENN)
    Bachorik,RN, Miriam. (Tue Mar 01, 2011 05:14 MB)

**Key:**
    **MB=Bachorik,RN, Miriam  PENN=Pennycooke, MD, Shelly–Ann**

        PRINTED BY: MBERGER
        DATE    8/28/2019

C A EWING,MD G PALERMO,MD M FINFER,MD H KIM,MD V CASAS,MD M PATIL,MD

| | | | |
|---|---|---|---|
| | | D/A | D 01-Mar-2011\28-Feb-2011 |
| AME | BASS, RONALD | LOC | ERP |
| LAS | E | TYPE | ERP |
| CCT | 061698981 | MR | 000993451 |
| GE | 055 Y | DOB | 19-Mar-1955 |
| EX | M | PHY | ER,GROUP |

+++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++
EQUEST @ or ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW [] = OLD - VALUE

=================== REPORT MESSAGE ===================

===========================================================================
NE DRUG SCREEN
===========================================================================

```
        REFERENCE RANGE        ROU:188462
        (MAY BE ADJUSTED       2302
  t      FOR AGE/SEX)          28-Feb-2011
-----------------------------------------------------------------------
H       NEGATIVE               NEGATIVE
R       NEGATIVE               NEGATIVE
N       NEGATIVE               NEGATIVE
J       NEGATIVE               NEGATIVE
A       NEGATIVE               NEGATIVE
Y       NEGATIVE               NEGATIVE
H       NEGATIVE               NEGATIVE
K       NEGATIVE               NEGATIVE
J       NEGATIVE               NEGATIVE
C       NEGATIVE               NEGATIVE
E                              See Below
```
3462 DRUG SCREEN REPORT TO BE USED FOR MEDICAL (TREATMENT) PURPOSES ONLY

-------------- Summary ----------------------------------------------------
   JOUR                                              PICKUP DATE/TIME
---------------------------------------------------------------------------
3462 UDRG:9999990113132791J160938351^SPC^001/,        28-Feb-2011 2302

BASS, RONALD          #061698981              01-Mar-2011 0501
   Final              - Page 1 -    ARCHIVE LABORATORY REPORTS