Case 2:19-cv-19709-BRM-JSA   Document 19   Filed 02/26/21   Page 1 of 2 PageID: 369

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RONALD BASS, SR.,<br>NOSAJ RONALD BASS, JR.,<br>KAMIKA IRBY<br><br>               Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA, L.P.,<br>PURDUE PHARMA, INC.,<br>THE PURDUE FREDERICK,<br>UNITED STATES DEPARTMENT OF<br>JUSTICE, SECRETARY OF<br>HOMELAND SECURITY,<br>And the XYZ COPRPORATION 1-20,<br>*et al.*,<br><br>               Defendants. | Case No. 2:19-cv-19709 (BRM) (JSA)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Plaintiffs Ronald Bass ("Bass"), Sr., Nosaj Ronald Bass, Jr., and Kamika Irby's (collectively, "Plaintiffs")[1] Amended Complaint (ECF No. 6).[2] Having granted Plaintiffs' IFP application (ECF No. 5), the Court is required to screen Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). Having reviewed Plaintiffs' filings and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying opinion and for good cause appearing,

---

[1] The Court raises a concern that Plaintiffs have only provided contact information for Ronald Bass Jr., and that Mr. Bass is the only plaintiff signing and submitting documents to the Court. If plaintiffs file another amended complaint, they are ordered to remedy this deficiency.

[2] Plaintiff also filed a motion for default judgment (ECF No. 7) and "motion for factual determination" (ECF No. 10).

**IT IS** on this 26th day of February 2021,

**ORDERED** that Plaintiffs' Amended Complaint is **DISMISSED WITHOUT PREJUDICE** in its entirety for failure to satisfy Rule 8; and it is further

**ORDERED** that the motion for default judgment (ECF No. 7) and "motion for factual determination" (ECF No. 10) are **DENIED**; and it is further

**ORDERED** that Plaintiffs have 30 days to file one final comprehensive amended complaint curing the deficiencies addressed herein. Failure to do so will result in the matter being dismissed with prejudice.

                                                                     */s/Brian R. Martinotti*
                                                                     **BRIAN R. MARTINOTTI**
                                                                     **UNITED STATES DISTRICT JUDGE**